WITHDRAWN 12-21-11
REISSUED 12-21-11



## IN THE
## TENTH COURT OF APPEALS

### No. 10-11-00006-CV

**WILLIAM R. VANCE, JR. AND DAVID R. TOUPS,**

                            **Appellants**

**v.**

**CAROLYN G. VANCE,**

                            **Appellee**

---

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 09-001262-CVA-272**

---

## MEMORANDUM OPINION

---

Appellant William R. Vance has filed a notice that he filed a bankruptcy proceeding on September 13, 2011. *See* TEX. R. APP. P. 8.1. Further action in this appeal has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying

what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

                                   AL SCOGGINS
                                   Justice

Before Justice Davis, Justice Scoggins,
and Judge Pozza[1]
Appeal suspended
Opinion delivered and filed December 14, 2011
[CV06]

---

[1] The Honorable Karen H. Pozza, Judge of the 407th District Court, sitting by assignment of the Chief Justice of the Supreme Court of Texas pursuant to section 74.003(a) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74003(a) (Vernon 2005).